# Third District Court of Appeal

## State of Florida

Opinion filed March 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0845
Lower Tribunal No. 13-3506 SP 23
_____

**United Automobile Insurance Company**,
Appellant,

vs.

**Millennium Radiology, LLC, d/b/a Millennium Open MRI,
a/a/o Georgina Acosta**,
Appellee.


An Appeal from the County Court for Miami-Dade County, Chiaka Ihekwaba, Judge.

Michael J. Neimand, for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Marks & Fleischer, P.A., and Gary Marks (Fort Lauderdale), for appellee.


Before FERNANDEZ, C.J., and EMAS and BOKOR, JJ.

BOKOR, J.

United Automobile Insurance Company appeals a final summary judgment entered in favor of Millennium Radiology, LLC. We have jurisdiction. Fla. R. App. P. 9.030(b)(1)(A). United Auto argues on appeal that no collateral estoppel lies where, as here, Millennium Radiology fails to meet the "identity of the parties" element of collateral estoppel. Specifically, the insured assigning his or her claim to Millennium Radiology differs from the insured/assignor in the previously decided action, rendering collateral estoppel inappropriate. After the trial court's entry of final summary judgment in favor of Millennium Radiology, this court issued its decision in <u>United Automobile Insurance Co. v. Millennium Radiology, LLC</u>, 47 Fla. L. Weekly D175 (Fla. 3d DCA Jan. 12, 2022), which decided the same legal issue in favor of United Auto. Accordingly, we reverse the order on appeal and remand to the trial court for further proceedings.

Reversed and remanded.